IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANDRIEZ SPIVEY,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:22-cv-0596 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN EBBERT,** *et al.*, | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 13th day of May 2022, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff Mandriez Spivey's motions to proceed *in forma pauperis* (Doc. Nos. 2, 11) are **GRANTED**.

2. Spivey shall show cause as to why his complaint (Doc. No. 1) should not be dismissed as barred by the statute of limitations. Spivey shall have 21 days from the date of this Order, or until **June 3, 2022**, to file his response.

3. Failure to timely respond will result in the Court dismissing Spivey's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

                                              s/ Sylvia H. Rambo
                                              United States District Judge