Middle District of Pennsylvania

FILED
HARRISBURG, PA
JUL 01 2022
PER _____ DEPUTY CLERK

Spivey
v.
Ebbert at al

1:22 cv 0596

I tried to file the administrative remedy while in the BOP. I was shipped to USP Lee and I was filing the United States prison administrative remedy process. I was denied the administrative remedy process and I was denied at USP Lewisburg. I was shipped to FDC Miami and FMC Butner where I am also filing a lawsuit because of the refusal of my

administrative Remedy process I was also caught inside the Covid 19 issues and all of the U.S. shut down because I had mailed my case multiple times and I never got a response from the Court I then called and notified the Courts of the Denial of access to the Courts and then I was notified that I could file it in Macon Georgia Middle District where I did. I would also notify the Court of the Mental and Emotional duress caused

by the excessive use of force, assaults by inmates and officers, the denial of medical and dental treatment and the failure to seperate me from problamatic inmates that ended in a confrontation.

This is a Continuing wrong violation. I was unlawfully subjected to being hand cuffed to tightly, belly chained and shackled which left scars on my wrist, sides and ankles when I was given no medical or mental health help.

I was thrown into the shower nozzle which left a large scar

on my right shoulder which I was not given medical treatment for. This caused mental and emotional duress and problems with my shoulder medically.

And also I would like the court to know that I was being denied access to the Courts. For which I notified the courts of or the clerk. I appeal to the courts to file my case properly of a Bivines.

/s/ 6-11-22





RECEIVED
HARRISBURG, PA
JUL 01 2022
PER _____
DEPUTY CLERK

ORIGIN ID:MCNA  (478) 796-5975
MANDRIEZ SPIVEY
2541 MONTPELIER AVE

MACON, GA 31204
UNITED STATES US

TO  RONALD REGAN FEDERAL BLDG &
    US COURTHOUSE
    228 WALNUT ST

HARRISBURG PA 17101

SHIP DATE: 27JUN22
ACTWGT: 0.10 LB
CAD: 6995366/SSF02321

BILL CREDIT CARD

REF:
DEPT:

TRK# 2747 8020 4255  0201

SE MDTA

THU - 30 JUN 4:30P
EXPRESS SAVER

17101
PA-US MDT

FedEx Express