IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANDRIEZ SPIVEY,** | : | |
|     **Plaintiff** | : | |
| | : | No. 1:22-cv-0596 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN EBBERT,** *et al.*, | : | |
|     **Defendants** | : | |

## ORDER

**AND NOW**, on this 2nd day of August 2022, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Plaintiff Mandriez Spivey's complaint (Doc. No. 1) is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted;

2. Spivey's motion to appoint counsel (Doc. No. 15) is **DISMISSED** as moot; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                    s/ Sylvia H. Rambo
                                                  United States District Judge